UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-80033-ROSENBERG

UNITED STATES OF AMERICA

vs.

JAMES CINE,
    Defendant
_____/

## UNOPPOSED MOTION TO CONTINUE SENTENCING

The Defendant, James Cine, by and through undersigned counsel, and with no objection From AUSA John McMillan, hereby moves this Honorable Court to grant his Unopposed Motion to Continue Sentencing and in support states as follows:

## FACTS

1. The Defendant is in custody with Sentencing scheduled for April 29, 2024, at 11:00 am.
2. Undersigned is seeking a continuance of Mr. Cine's Sentencing because both parties agree that the matter is not yet ripe for Sentencing.
3. Assistant United States Attorney McMillan expresses no objection to Mr. Cine's request to continue his Sentencing as he knows it is being made in good faith and not for the purposes of delay.
4. Both parties request a Sentencing date in approximately sixty (60) days when we both expect the matter to be ready to proceed to Sentencing.

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record via transmission of Notices of Electronic Filing.

Respectfully submitted,

<u>s/ I. Scott Skier</u>
SCOTT SKIER, FL BAR #621374
THE SKIER LAW FIRM, PA.
250 S. AUSTRALIAN AVE., STE. 1500
WEST PALM BEACH, FLORIDA 33401
(561) 820-1508
scott@skierlawfirm.com
